UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                           )
RICHARD ROSENTHAL          )
   Petitioner,             )
                           )
v.                         )       Civil Action No. 10-10122-NG
                           )
STEVE O'BRIEN,             )
   Respondent.             )
_____)
```

## SUPPLEMENTAL ANSWER

Pursuant to Rule 5 of the Rules governing Section 2254 Cases, the respondent submits the following material as a supplement to his Answer:

1. *Commonwealth v. Rosenthal*, Middlesex Superior Court Criminal Docket, MICR1995-01775

2. *Commonwealth v. Rosenthal,* Supreme Judicial Court Case Docket, SJC-08062

3. Brief and Record Appendix of Defendant/Appellant on Appeal to the Massachusetts Supreme Judicial Court (1999-08062)

4. Brief for the Commonwealth on Appeal to the Massachusetts Supreme Judicial Court (1999-08062)

5. *Commonwealth v. Rosenthal,* 432 Mass. 124, 732 N.E. 2d 278 (2000).

6. Memorandum of Decision and Order on Defendant's Motion for New Trial; Middlesex Superior Court (No. 95-01775)

7. Trial transcript excerpt, *Commonwealth v. Rosenthal*, Wednesday, October 30, 1996, before Graham, J., Volume pp. 79-82

8. Supreme Judicial Court for Suffolk County Case Docket, Commonwealth v. Rosenthal, (No. SJ-2009-0451)

9. Application for Leave to Appeal the Denial of the Defendant's Motion for New Trial (No. SJ-2009-0451)

10. Record Appendix of Application for Leave to Appeal the Denial of Motion for New Trial (No. SJ-2009-0451)

11. Commonwealth's Memorandum in Opposition to Gatekeeper Petition (No. SJ-2009-0451)

12. Record Appendix of Commonwealth's Opposition to Gatekeeper Petition (No. SJ-2009-0451)

13. Order Denying Leave to Appeal dated November 5, 2009.

    MARTHA COAKLEY
/s/ Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.

Dated: June 22, 2010        /s/ Annette C. Benedetto
                                        Annette C. Benedetto